**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FOSHEE MANAGEMENT COMPANY, LLC,** *as agent of owner, doing business as Hillcrest Estates*, <br>    Plaintiff, <br><br> v. <br><br> **GEREMY FINCH,** <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 1:20-00441-JB-N

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated October 20, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that the Defendant's motion to proceed without prepayment of removal fees (Doc. 2) is **MOOT**, and that this case is **REMANDED** *sua sponte* to the District Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction.

**DONE and ORDERED** this 16th day of November, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE